**Hakeem Akintunde OGUNMOWO, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 06–71095.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Jan. 13, 2009.*

Filed Jan. 21, 2009.

Brian David Lerner, Law Offices of Brian D. Lerner, Long Beach, CA, for Petitioner.

CAC–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Jessica Eden Sherman, Esquire, DOJ—U.S. Department of Justice, Washington, DC, for Respondent.

Before: O'SCANNLAIN, BYBEE, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Hakeem Akintunde Ogunmowo, a native and citizen of Nigeria, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's order denying his motion to reopen removal proceedings conducted *in absentia.* We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Celis–Castellano v. Ashcroft,* 298 F.3d 888, 890 (9th Cir.2002), and we grant the petition for review.

Notice of Ogunmowo's July 1, 2005 removal hearing was not sent to Ogunmowo's last address of record. *See* 8 U.S.C. § 1229a(b)(5)(A). We therefore remand with directions that the agency reopen Ogunmowo's removal proceedings. *See*

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*Sembiring v. Gonzales,* 499 F.3d 981, 991 (9th Cir.2007).

**PETITION FOR REVIEW GRANTED; REMANDED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.